Dismissed and Opinion filed April 3, 2003









Dismissed and Opinion filed April 3, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00879-CV

____________

 

LARNCE CARTER, Appellant

 

V.

 

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

 



 

On
Appeal from the County Civil Court at Law No. 1

Harris
County, Texas

Trial
Court Cause No. 772,733

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed August 1, 2002.

On March 18, 2003, appellant filed an unopposed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed March 27, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.